Barbara L. HURLEY,
Petitioner/Respondent,

v.

James A. HURLEY,
Respondent/Appellant.

No. 61029.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 15, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 26, 1992.

C. Finn Sheehan, High Ridge, for respondent/appellant.

David J. Barton, Arnold, for petitioner/respondent.

## ORDER

Husband appeals from those portions of the dissolution decree dividing the marital property and awarding costs. We affirm. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).